UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, STATE OF CALIFORNIA, STATE OF ILLINOIS, STATE OF MARYLAND, PEOPLE OF THE STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF OREGON, STATE OF VERMONT, and COMMONWEALTH OF VIRGINIA,<br><br>                Plaintiffs,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; ANDREW WHEELER as Administrator of the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and SUSAN PARKER BODINE as Assistant Administrator of the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>                Defendants. | **MOTION FOR PRELIMINARY INJUNCTION**<br><br>20-CV-3714 (CM)<br>[rel 20-CV-3058] |

### PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs ("States") respectfully move for a preliminary injunction on the basis that the States are likely to succeed on the merits of their Complaint, the challenged agency action is causing the States irreparable injury, the equities balance in the States' favor, and a preliminary injunction is in the public interest.

The States submit the following in support of this motion: (1) Memorandum of Law; (2) Declarations of James Clift with attached exhibits, Anthony Dvarskas, Patrick Omilian with attached exhibits, Dena Putnick, Jay Shimshack, and Peter Washburn; and (3) Proposed Order.

Dated:  June 8, 2020　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　FOR THE STATE OF NEW YORK

　　　　　　　　　　　　　　　　　　　　　LETITIA JAMES
　　　　　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　　　　　　*S/ Michael J. Myers*[1]
　　　　　　　　　　　　　　　　　　　　　MICHAEL J. MYERS
　　　　　　　　　　　　　　　　　　　　　Senior Counsel
　　　　　　　　　　　　　　　　　　　　　MEREDITH G. LEE-CLARK
　　　　　　　　　　　　　　　　　　　　　BRIAN M. LUSIGNAN
　　　　　　　　　　　　　　　　　　　　　Assistant Attorneys General
　　　　　　　　　　　　　　　　　　　　　Environmental Protection Bureau
　　　　　　　　　　　　　　　　　　　　　The Capitol
　　　　　　　　　　　　　　　　　　　　　Albany, NY 12224
　　　　　　　　　　　　　　　　　　　　　(518) 776-2382
　　　　　　　　　　　　　　　　　　　　　michael.myers@ag.ny.gov

　　　　　　　　　　　　　　　　　　　　　SAMANTHA LISKOW
　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　BENJAMIN COLE
　　　　　　　　　　　　　　　　　　　　　Project Attorney
　　　　　　　　　　　　　　　　　　　　　Environmental Protection Bureau
　　　　　　　　　　　　　　　　　　　　　28 Liberty Street
　　　　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　　　(212) 416-8479
　　　　　　　　　　　　　　　　　　　　　samantha.liskow@ag.ny.gov

　　　　　　　　　　　　　　　　　　　　　PATRICK OMILIAN
　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　Environmental Protection Bureau
　　　　　　　　　　　　　　　　　　　　　Main Place Tower
　　　　　　　　　　　　　　　　　　　　　350 Main Street, Suite 300A
　　　　　　　　　　　　　　　　　　　　　Buffalo, NY 14202
　　　　　　　　　　　　　　　　　　　　　(716) 853-8579

---

[1] Counsel for the State of New York represents that the other parties listed in the signature blocks on this document consent to this filing.

| FOR THE STATE OF CALIFORNIA | FOR THE STATE OF MARYLAND |
|---|---|
| XAVIER BECERRA<br>ATTORNEY GENERAL | BRIAN E. FROSH<br>Attorney General |
| *S/ David Zonana / SL (by permission)*<br>DAVID ZONANA<br>Supervising Deputy Attorney General<br>1515 Clay Street, Suite 2000<br>Oakland, CA 94612<br>Ph: (510) 879-1248<br>david.zonana@doj.ca.gov | *S/ Steven J. Goldstein / SL (by permission*)<br>STEVEN J. GOLDSTEIN*<br>Special Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, MD 21202<br>Ph: (410) 576-6414<br>sgoldstein@oag.state.md.us |
| FOR THE STATE OF ILLINOIS | FOR THE PEOPLE OF THE STATE OF MICHIGAN |
| KWAME RAOUL<br>Attorney General | DANA NESSEL<br>Attorney General |
| *S/ Daniel I. Rottenberg / SL (by permission)*<br>DANIEL I. ROTTENBERG**<br>Assistant Attorney General<br>MATTHEW J. DUNN<br>Chief, Environmental Enforcement and Asbestos Litigation Division<br>Office of the Attorney General<br>Environmental Bureau<br>69 W. Washington St., 18th Floor<br>Chicago, IL 60602<br>Ph: (312) 814-3816<br>drottenberg@atg.state.il.us | *S/ Elizabeth R. Husa Briggs / SL (by permission)*<br>ELIZABETH R. HUSA BRIGGS<br>Assistant Attorney General<br>Michigan Department of the Attorney General<br>525 W. Ottawa Street<br>P.O. Box 30758<br>Lansing, MI 48909<br>Ph: (517) 335-7603<br>Fax: (517) 335-1152<br>BriggsE1@michigan.gov |

| | |
|---|---|
| FOR THE STATE OF MINNESOTA | FOR THE STATE OF VERMONT |
| KEITH ELLISON<br>Attorney General | THOMAS J. DONOVAN, JR.<br>Attorney General |
| *S/ Leigh Currie / SL (by permission)*<br>LEIGH K. CURRIE**<br>Special Assistant Attorney General<br>Minnesota Attorney General's Office<br>445 Minnesota Street, Suite 900<br>Saint Paul, MN 55101<br>Ph: (651) 757-1291<br>leigh.currie@ag.state.mn.us | *S/ Jill S. Abrams / SL (by permission)*<br>JILL S. ABRAMS<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>Ph: (802) 828-3171<br>jill.abrams@vermont.gov |
| FOR THE STATE OF OREGON | FOR THE COMMONWEALTH OF VIRGINIA |
| ELLEN F. ROSENBLUM<br>Attorney General | MARK HERRING<br>Attorney General |
| *S/ Paul Garrahan / SL (by permission)*<br>PAUL GARRAHAN**<br>Attorney-in-Charge<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>Ph: (503) 947-4593<br>Paul.Garrahan@doj.state.or.us | *S/ Jerald R. Hess / SL (by permission)*<br>DONALD D. ANDERSON<br>Deputy Attorney General<br>PAUL KUGELMAN, JR.<br>Sr. Asst. Attorney General and Chief<br>JERALD R. HESS*<br>Assistant Attorney General<br>Environmental Section<br>202 North 9th Street<br>Richmond, VA 23219<br>(804) 371-8329<br>JHess@oag.state.va.us |

*Pro Hac Vice applications to be filed*
**Pro Hac Vice applications pending*

4