UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, STATE OF CALIFORNIA, STATE OF ILLINOIS, STATE OF MARYLAND, PEOPLE OF THE STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF OREGON, STATE OF VERMONT, and COMMONWEALTH OF VIRGINIA,<br><br>    Plaintiffs,<br> v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; ANDREW WHEELER as Administrator of the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and SUSAN PARKER BODINE as Assistant Administrator of the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendants. | 20-CV-3714  (CM)<br>rel. 20-CV-3058 (CM) |

**NOTICE OF DISMISSAL**

The plaintiffs hereby dismiss the above-captioned action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  September 9, 2020.

        Respectfully submitted,

        FOR THE STATE OF NEW YORK

        LETITIA JAMES
        Attorney General

        *S/Patrick B. Omilian*[1]
        PATRICK B. OMILIAN
        Assistant Attorney General
        Environmental Protection Bureau
        Main Place Tower

---

[1] Counsel for the State of New York represents that the other parties listed in the signature blocks on this document consent to this filing.

350 Main Street, Suite 300A
Buffalo, NY 14202

SAMANTHA LISKOW
Assistant Attorney General
BENJAMIN COLE
Project Attorney
Environmental Protection Bureau
28 Liberty Street
New York, NY 10005
(212) 416-8479
samantha.liskow@ag.ny.gov

MICHAEL J. MYERS
Senior Counsel
MEREDITH LEE-CLARK
BRIAN M. LUSIGNAN
Assistant Attorneys General
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2382
michael.myers@ag.ny.gov

FOR THE STATE OF CALIFORNIA

XAVIER BECERRA
ATTORNEY GENERAL

*S/ David Zonana / PBO (by permission)*
DAVID ZONANA
Supervising Deputy Attorney General
1515 Clay Street, Suite 2000
Oakland, CA 94612
Ph: (510) 879-1248
david.zonana@doj.ca.gov

FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General

*S/ Daniel I. Rottenberg / PBO (by permission)*
DANIEL I. ROTTENBERG
Assistant Attorney General
MATTHEW J. DUNN
Chief, Environmental Enforcement and
Asbestos Litigation Division
Office of the Attorney General
Environmental Bureau
69 W. Washington St., 18th Floor
Chicago, IL 60602
Ph: (312) 814-3816
drottenberg@atg.state.il.us

FOR THE STATE OF MARYLAND

BRIAN E. FROSH
Attorney General

*S/ Steven J. Goldstein / PBO (by permission)*
STEVEN J. GOLDSTEIN*
Special Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
Ph: (410) 576-6414
sgoldstein@oag.state.md.us

*Pro Hac Vice application filed and pending*

FOR THE PEOPLE OF THE
STATE OF MICHIGAN

DANA NESSEL
Attorney General

*S/ Elizabeth R. Husa Briggs / PBO (by permission)*
ELIZABETH R. HUSA BRIGGS
Assistant Attorney General
Michigan Department of the
Attorney General
525 W. Ottawa Street
P.O. Box 30758
Lansing, MI 48909
Ph: (517) 335-7603
Fax: (517) 335-1152
BriggsE1@michigan.gov

<div style="columns:2">

FOR THE STATE OF MINNESOTA

KEITH ELLISON
Attorney General

*S/ Leigh Currie / PBO (by permission)*
LEIGH K. CURRIE
Special Assistant Attorney General
Minnesota Attorney General's Office
445 Minnesota Street, Suite 900
Saint Paul, MN 55101
Ph: (651) 757-1291
leigh.currie@ag.state.mn.us


FOR THE STATE OF OREGON

ELLEN F. ROSENBLUM
Attorney General

*S/ Paul Garrahan / PBO (by permission)*
PAUL GARRAHAN
Attorney-in-Charge
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Ph: (503) 947-4593
Paul.Garrahan@doj.state.or.us

FOR THE STATE OF VERMONT

THOMAS J. DONOVAN, JR.
Attorney General

*S/ Jill S. Abrams / PBO (by permission)*
JILL S. ABRAMS
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
Ph: (802) 828-3171
jill.abrams@vermont.gov


FOR THE COMMONWEALTH OF VIRGINIA

MARK HERRING
Attorney General

*S/ Jerald R. Hess / PBO (by permission)*
DONALD D. ANDERSON
Deputy Attorney General
PAUL KUGELMAN, JR.
Sr. Asst. Attorney General and Chief
JERALD R. HESS
Assistant Attorney General
Environmental Section
202 North 9th Street
Richmond, VA 23219
(804) 371-8329
JHess@oag.state.va.us

</div>

2

## CERTIFICATE OF SERVICE

I hereby certify that, by virtue of the ECF system, I have caused a copy of the foregoing Notice of Dismissal to be served on all counsel of record.

*/s/ Patrick B. Omilian*
Patrick B. Omilian
Assistant Attorney General